COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CRISTOBAL TORRES, | § | No. 08-11-00257-CR |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 7 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 20100C10833) |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.2(a). As required by that rule, the motion to dismiss is signed by Appellant and his attorney. Further, the Clerk of this Court has forwarded a duplicate copy of the motion to the clerk of the trial court. Because Appellant has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

May 9, 2012                          _____
                                     ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.